UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY et al., <br><br> Plaintiffs, <br><br> v. <br><br> PUSH HDD, LLC et al., <br><br> Defendants. | No. C17-1174 RSM <br><br> **STIPULATION AND ORDER CONTINUING INITIAL SCHEDULING DATES** |

**STIPULATION**

The parties appearing in this action, Plaintiffs Massachusetts Bay Insurance Company and The Hanover Insurance Company ("Plaintiffs") and The Tulalip Tribes of Washington ("Tulalip") through their attorneys of record stipulate and agree that good cause exists to continue initial scheduling dates in this action in order to allow additional parties to appear in the subject matter and engage in initial discovery. The appearing parties hereby agreed to extend the current initial deadlines by 30 days. Pursuant to the stipulation and request, the parties request that the deadlines be extended as follows:

**STIPULATATION AND ORDER CONTINUING INITIAL SCHEDULING DATES – 1**
S:\Martinez\Massachusetts 17-1174.stip-ord-ext.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

| | | |
|---|---|---|
| Deadline for FRCP 26(f) Conference: | | October 1, 2017 |
| Initial Disclosure Pursuant to FRCP 26(a)(1): | | October 8, 2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | | October 15, 2017 |

DATED this 29th day of August, 2017.

| LETHER & ASSOCIATES, PLLC | PACIFICA LAW GROUP, LLP |
|---|---|
| By: */s/ Thomas Lether* <br> Thomas Lether, WSBA #18089 <br> Westin McLean, WSBA# 46462 <br> 1848 Westlake Avenue N, Suite 100 <br> Seattle, WA 98109 <br> Telephone: 206-467-5444 <br> Facsimile: 206-467-5544 <br> tlether@letherlaw.com <br> wmclean@letherlaw.com <br> *Attorney for Plaintiffs* | By: */s John Parnass* <br> John Parnass, WSBA #18582 <br> 1191 Second Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone: 206-245-1740 <br> Facsimile: 206-245-1790 <br> John.parnass@pacificalawgroup.com <br> *Attorney for Defendant The Tulalip Tribes of Washington* |

## ORDER

Based on the appearing parties' Stipulation, and finding that there is good cause to continue initial scheduling dates, it is hereby

ORDERED that the initial scheduling dates in this matter are extended by 30 days. The clerk of court shall reset the following deadlines:

**STIPULATATION AND ORDER CONTINUING INITIAL SCHEDULING DATES – 2**
S:\Martinez\Massachusetts 17-1174.stip-ord-ext.docx

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

| | | |
|---|---|---|
| 1 | Deadline for FRCP 26(f) Conference: | October 1, 2017 |
| 2 | Initial Disclosure Pursuant to FRCP 26(a)(1): | October 8, 2017 |
| 4 | Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | October 15, 2017 |

DATED this 31st day of August 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| LETHER & ASSOCIATES, PLLC | PACIFICA LAW GROUP, LLP |
|---|---|
| By: */s/ Thomas Lether*<br>Thomas Lether, WSBA #18089<br>Westin McLean, WSBA# 46462<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>Telephone: 206-467-5444<br>Facsimile: 206-467-5544<br>tlether@letherlaw.com<br>wmclean@letherlaw.com<br>*Attorney for Plaintiffs* | By: */s/ John Parnass*<br>John Parnass, WSBA #18582<br>1191 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: 206-245-1740<br>Facsimile: 206-245-1790<br>John.parnass@pacificalawgroup.com<br>*Attorney for Defendant The Tulalip Tribes of Washington* |

**STIPULATATION AND ORDER CONTINUING INITIAL SCHEDULING DATES – 3**
S:\Martinez\Massachusetts 17-1174.stip-ord-ext.docx

Lether & Associates PLLC.
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544