IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY AND HANOVER INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PUSH HDD, LLC; REECE CONSTRUCTION COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AND HUDSON INSURANCE COMPANY<br><br>Defendants. | Case No. C17-1174 RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR HUDSON INSURANCE COMPANY TO RESPOND TO SECOND AMENDED COMPLAINT |

The deadline for Defendant Hudson Insurance Company ("Hudson") to answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Massachusetts Bay Insurance Company and Hanover Insurance Company ("Plaintiffs") is currently January 2, 2018. Hudson seeks, and Plaintiffs stipulate to, additional time through and including January 16, 2018, to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

///

///

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO SECOND AMENDED COMPLAINT
Case No.: 2:17-cv-01174-RSM -1

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

41495.1 1574.43377

Plaintiffs and Hudson hereby stipulate Hudson shall have through and including January 16, 2018 to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

SO STIPULATED to this January 2, 2018.

By: _// Westin McLean (signed by Peter J. Mintzer with e-mail authorization)_
    Thomas Lether, WSBA #18089
    Eric J. Neal, WSBA #31863
    Westin McLean, WSBA #46462
    LETHER & ASSOCIATES, PLLC
    1848 Westlake Ave N. Suite 100
    Seattle, WA 98109
    Telephone: 206.467.5444
    Facsimile: 206.467.5544
    tlether@letherlaw.com
    eneal@letherlaw.com
    wmclean@letherlaw.com

Attorneys for Plaintiffs MASSACHUSETTS BAY INSURANCE COMPANY and THE HANOVER INSURANCE COMPANY

By: _// Peter J. Mintzer_
    Peter J. Mintzer, WSBA #19995
    Justin S. Landreth, WSBA #44849
    SELMAN BREITMAN LLP
    800 Fifth Avenue, Suite 4100
    Seattle, WA 98104
    Telephone: 206.447.6461
    Facsimile: 206.588.4185
    pmintzer@selmanlaw.com
    jlandreth@selmanlaw.com

Attorneys for Defendant HUDSON INSURNACE COMPANY

STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
Case No.: 2:17-cv-01174-RSM - 2

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

41495.1 1574.43377

## ORDER

Defendant HUDSON INSURANCE COMPANY shall have up to and including January 16, 2018, to answer or otherwise respond to the Second Amended Complaint.

Dated this 3rd day of January 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
Case No.: 2:17-cv-01174-RSM - 3

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

41495.1 1574.43377