**The Honorable Ricardo S. Martinez**

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY AND HANOVER INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PUSH HDD, LLC; REECE CONSTRUCTION COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AND HUDSON INSURANCE COMPANY<br><br>Defendants. | Case No. 2:17-cv-01174-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR HUDSON INSURANCE COMPANY TO RESPOND TO SECOND AMENDED COMPLAINT |

By stipulated motion the Court previously extended Defendant Hudson Insurance Company ("Hudson")'s deadline to January 16, 2018 to answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Massachusetts Bay Insurance Company and Hanover Insurance Company ("Plaintiffs"). (Dkt #34.) Since filing that stipulated motion Hudson and the Plaintiffs reached a tentative settlement agreement, subject to approval. The Parties therefore seek to avoid filing and responding to a Rule 12 motion that likely will be moot.

///

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO SECOND AMENDED
COMPLAINT
Case No.: 2:17-cv-01174-RSM -1
41572.1 1574.43377

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

Hudson seeks, and Plaintiffs stipulate to, additional time through and including January 23, 2018, to answer or otherwise respond to Plaintiffs' Second Amended Complaint. Plaintiffs and Hudson hereby stipulate Hudson shall have through and including January 23, 2018 to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

SO STIPULATED to this January 11, 2018.

By: __/s/ Westin McLean (signed by Justin S. Landreth with e-mail authorization)__
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
Westin McLean, WSBA #46462
LETHER & ASSOCIATES, PLLC
1848 Westlake Ave N. Suite 100
Seattle, WA 98109
Telephone: 206.467.5444
Facsimile: 206.467.5544
tlether@letherlaw.com
eneal@letherlaw.com
wmclean@letherlaw.com

Attorneys for Plaintiffs MASSACHUSETTS BAY INSURANCE COMPANY and THE HANOVER INSURANCE COMPANY

By: __/s/ Justin S. Landreth__
Peter J. Mintzer, WSBA #19995
Justin S. Landreth, WSBA #44849
SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: 206.447.6461
Facsimile: 206.588.4185
pmintzer@selmanlaw.com
jlandreth@selmanlaw.com

Attorneys for Defendant HUDSON INSURNACE COMPANY

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO SECOND AMENDED
COMPLAINT
Case No.: 2:17-cv-01174-RSM - 2
41572.1 1574.43377

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

# ORDER

IT IS SO ORDERED. Defendant HUDSON INSURANCE COMPANY shall have up to and including January 23, 2018, to answer or otherwise respond to the Second Amended Complaint.

Dated this 12 day of January, 2018.

_(signature)_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
Case No.: 2:17-cv-01174-RSM - 3
41572.1 1574.43377

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185