IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY AND HANOVER INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PUSH HDD, LLC; REECE CONSTRUCTION COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AND HUDSON INSURANCE COMPANY<br><br>Defendants. | Case No. C17-1174 RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR HUDSON INSURANCE COMPANY TO RESPOND TO ZURICH AMERICAN INSURANCE COMPANY'S CROSS CLAIM |

Defendant Hudson Insurance Company's ("Hudson") deadline to answer or otherwise respond to Defendant Zurich American Insurance Company's ("Zurich") Cross Claim is currently Monday February 12, 2017. The parties in this litigation are working on a settlement which would result the dismissal of Zurich's cross claim against Hudson.

Hudson and Zurich therefore seek to avoid Hudson filing an unnecessary and moot response to the cross claim by extending the time for Hudson to answer or otherwise respond to Zurich's cross claim.

STIPULATED MOTION AND ORDER TO EXTEND
TIME TO RESPOND TO ZURICH'S CROSS CLAIM
Case No.: 2:17-cv-01174-RSM -1

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

41733.1 1574.43377

Hudson seeks, and Zurich stipulates to, additional time through and including March 23, 2018, to answer or otherwise respond to Zurich's Cross Claim. Zurich and Hudson hereby stipulate Hudson shall have through and including March 23, 2018 to answer or otherwise respond to Zurich's Cross Claim.

SO STIPULATED to this February 8, 2018.

By: /s/ Jacquelyn A. Beatty (signed by Justin S. Landreth with e-mail authorization)
    Jacquelyn A. Beatty, WSBA #17567
    KARR TUTTLE CAMPBELL
    701 Fifth Avenue, Suite 3300
    Seattle, WA 98104
    Telephone: 206.223-1313
    jbeatty@karrtuttle.com

Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

By: /s/ Justin S. Landreth
    Peter J. Mintzer, WSBA #19995
    Justin S. Landreth, WSBA #44849
    SELMAN BREITMAN LLP
    800 Fifth Avenue, Suite 4100
    Seattle, WA 98104
    Telephone: 206.447.6461
    Facsimile: 206.588.4185
    pmintzer@selmanlaw.com
    jlandreth@selmanlaw.com

Attorneys for Defendant HUDSON INSURNACE COMPANY

## **ORDER**

Defendant Hudson Insurance Company shall have up to and including March 23, 2018 to answer or otherwise respond to Defendant Zurich American Insurance Company's Cross-Claim (Dkt. #37).

Dated this 9th day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO ZURICH'S CROSS CLAIM
Case No.: 2:17-cv-01174-RSM - 2

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

41733.1 1574.43377