IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY AND HANOVER INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PUSH HDD, LLC; REECE CONSTRUCTION COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AND HUDSON INSURANCE COMPANY<br><br>Defendants. | Case No. 2:17-cv-01174-RSM<br><br>STIPULATED ORDER TO EXTEND TIME FOR HUDSON INSURANCE COMPANY TO RESPOND TO ZURICH AMERICAN INSURANCE COMPANY'S CROSS CLAIM |

Based on prior order on stipulated motion to extend time (Dkt #41), Defendant Hudson Insurance Company's ("Hudson") deadline to answer or otherwise respond to Defendant Zurich American Insurance Company's ("Zurich") Cross Claim is currently Friday March 23, 2018. The parties in this litigation are continuing to work on a settlement which would result the dismissal of Zurich's cross claim against Hudson. Significant progress has been made towards a final settlement.

Hudson and Zurich therefore seek to avoid Hudson filing an unnecessary and moot response to the cross claim by extending the time for Hudson to answer or otherwise respond to

STIPULATED ORDER TO EXTEND TIME TO
RESPOND TO ZURICH'S CROSS CLAIM
Case No.: 2:17-cv-01174-RSM -1

41980.1 1574.43377

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

1  Zurich's cross claim.
2      Hudson seeks, and Zurich stipulates to, additional time through and including April 27,
3  2018, to answer or otherwise respond to Zurich's Cross Claim.  Zurich and Hudson hereby
4  stipulate Hudson shall have through and including April 27, 2018 to answer or otherwise respond
5  to Zurich's Cross Claim.
6      SO STIPULATED to this March 23, 2018.

By: /s/ Jacquelyn A. Beatty (signed by Justin S. Landreth with e-mail authorization)
Jacquelyn A. Beatty, WSBA #17567
KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206.223-1313
jbeatty@karrtuttle.com

Attorneys for Defendant ZURICH AMERICAN INSURANCE COMPANY

By: /s/ Justin S. Landreth
Peter J. Mintzer, WSBA #19995
Justin S. Landreth, WSBA #44849
SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: 206.447.6461
Facsimile: 206.588.4185
pmintzer@selmanlaw.com
jlandreth@selmanlaw.com

Attorneys for Defendant HUDSON INSURNACE COMPANY

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO ZURICH'S CROSS CLAIM
Case No.: 2:17-cv-01174-RSM - 2

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

41980.1 1574.43377

## ORDER

IT IS SO ORDERED. Defendant HUDSON INSURANCE COMPANY shall have up to and including April 27, 2018, to answer or otherwise respond to Defendant ZURICH AMERICAN INSURANCE COMPANY'S CROSS-CLAIM (DKT #37).

Dated this 23rd day of March, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO ZURICH'S CROSS CLAIM
Case No.: 2:17-cv-01174-RSM - 3

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

41980.1 1574.43377