IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY AND HANOVER INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PUSH HDD, LLC; REECE CONSTRUCTION COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AND HUDSON INSURANCE COMPANY<br><br>Defendants. | Case No. 2:17-cv-01174-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR HUDSON INSURANCE COMPANY TO RESPOND TO SECOND AMENDED COMPLAINT |

By stipulated motion, the Court previously extended Defendant Hudson Insurance Company (Hudson's) deadline to April 27, 2018 to answer or otherwise respond to the Second Amended Complaint filed by Plaintiffs Massachusetts Bay Insurance Company and Hanover Insurance Company ("Plaintiffs"). (Dkt #46.) The parties have been working on a settlement agreement that would resolve Plaintiffs' claim against Hudson. That settlement agreement is completed and the parties anticipate dismissal of the action shortly. The Parties therefore again seek to avoid filing and responding to a Rule 12 motion that likely will be moot.

ORDER TO EXTEND TIME TO RESPOND TO
SECOND AMENDED COMPLAINT
Case No.: 2:17-cv-01174-RSM -1

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

42127.1 1574.43377

Hudson seeks, and Plaintiffs stipulate to, additional time through and including May 25, 2018, to answer or otherwise respond to Plaintiffs' Second Amended Complaint. Plaintiffs and Hudson hereby stipulate Hudson shall have through and including May 25, 2018 to answer or otherwise respond to Plaintiffs' Second Amended Complaint.

SO STIPULATED to this April 26, 2018.

By: /s/ Westin McLean (signed by Justin S. Landreth with e-mail authorization)
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
Westin McLean, WSBA #46462
LETHER & ASSOCIATES, PLLC
1848 Westlake Ave N. Suite 100
Seattle, WA 98109
Telephone: 206.467.5444
Facsimile: 206.467.5544
tlether@letherlaw.com
eneal@letherlaw.com
wmclean@letherlaw.com

Attorneys for Plaintiffs MASSACHUSETTS BAY INSURANCE COMPANY and THE HANOVER INSURANCE COMPANY

By: /s/ Justin S. Landreth
Peter J. Mintzer, WSBA #19995
Justin S. Landreth, WSBA #44849
SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: 206.447.6461
Facsimile: 206.588.4185
pmintzer@selmanlaw.com
jlandreth@selmanlaw.com

Attorneys for Defendant HUDSON INSURNACE COMPANY

STIPULATED MOTION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT
Case No.: 2:17-cv-01174-RSM - 2

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

42127.1 1574.43377

**ORDER**

IT IS SO ORDERED. Defendant HUDSON INSURANCE COMPANY shall have up to and including May 25, 2018, to answer or otherwise respond to the Second Amended Complaint.

Dated this 26th day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO SECOND AMENDED COMPLAINT
Case No.: 2:17-cv-01174-RSM - 3

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:206.588.4185

42127.1 1574.43377