# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY and THE HANOVER INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>PUSH HDD, LLC; REECE CONSTRUCTION COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AND HUDSON INSURANCE COMPANY<br><br>Defendants. | NO. C17-1174 RSM<br><br>STIPULATED LIMITED DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS PUSH HDD, LLC, REECE CONSTRUCTION COMPANY, AND HUDSON INSURANCE COMPANY |

## I. **STIPULATION**

Plaintiffs Massachusetts Bay Insurance Company and The Hanover Insurance Company (hereinafter collectively "Plaintiffs") and Defendants Push HDD, LLC, Reece Construction Company, and Hudson Insurance Company, by and through their attorneys of record, hereby agree and stipulate that Plaintiffs' claims against Defendants Push HDD, LLC, Reece Construction Company, and Hudson Insurance Company ONLY should be dismissed with prejudice and without fees or costs to either party pursuant to Fed. R. Civ. P. 41(a)(2).

DATED this 6th day of June, 2018.

STIPULATED VOLUNTARY DISMISSAL - 1
S:\Martinez\Massachusetts 17-1174.stip-ord-dsm.docx

Lether & Associates, PLLC
1848 Westlake Ave. N. Ste. 100
Seattle, WA 98109
T: 206-467-5444 F: 206-467-5544

| LETHER & ASSOCIATES, PLLC | OLES MORRISON RINKER & BAKER, LLP |
|---|---|
| By: */s/ Thomas Lether*_____<br>Thomas Lether, WSBA #18089<br>*/s/ Erick J. Neal*<br>Eric J. Neal, WSBA #31863<br>*/s/ Westin McLean*<br>Westin McLean, WSBA #46462<br>1848 Westlake Avenue N, Suite 100<br>Seattle, WA 98109<br>Telephone: 206-467-5444<br>Facsimile: 206-467-5544<br>tlether@letherlaw.com<br>*Attorneys for Plaintiffs* | */s/ Angela D. Wesch*_____<br>Angela D. Wesch, WSBA #23377<br>701 Pike Street, Ste. 1700<br>Seattle, WA 98101<br>Telephone: 206-623-3427<br>Facsimile: 206-682-6234<br>wesch@oles.com<br>*Attorney for Defendant Push, HDD, LLC* |
| A. SHAWN HICKS, P.S. | SELMAN BREITMAN, LLP |
| */s/ Aaron Shawn Hicks*_____<br>Aaron Shawn Hicks, WSBA #14734<br>800 5th Ave. Ste. 3825<br>Seattle, WA 98104<br>shawnhicks@att.net<br>*Attorney for Reece Construction* | */s/ Peter J. Mintzer*_____<br>Peter J. Mintzer, WSBA #19995<br>*/s/ Justin S. Landreth*_____<br>Justin S. Landreth, WSBA #44849<br>800 Fifth Ave. Ste. 4100<br>Seattle, WA 98104<br>pmintzer@selmanlaw.com<br>jlandreth@selmanlaw.com<br>*Attorneys for Hudson Insurance Company* |

STIPULATED VOLUNTARY DISMISSAL - 2
S:\Martinez\Massachusetts 17-1174.stip-ord-dsm.docx

Lether & Associates, PLLC
1848 Westlake Ave. N. Ste. 100
Seattle, WA 98109
T: 206-467-5444 F: 206-467-5544

# ORDER

Based on the Parties' foregoing Stipulation, it is hereby ORDERED that Plaintiffs' claims against Defendants PUSH HDD, LLC, REECE CONSTRUCTION COMPANY, and HUDSON INSURANCE COMPANY are hereby dismissed with prejudice and without fees or costs to any party. The claims asserted by and between the remaining parties are not affected by this Order.

DATED this 8th day of June 2018.

                                             _____
                                             RICARDO S. MARTINEZ
                                             CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

LETHER & ASSOCIATES, PLLC

By: /s/ Thomas Lether
Thomas Lether, WSBA #18089
/s/ Eric J. Neal
Eric J. Neal, WSBA #31863
/s/ Westin McLean
Westin McLean, WSBA #46462
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
Telephone: 206-467-5444
Facsimile: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com
wmclean@letherlaw.com
*Attorneys for Plaintiffs*

STIPULATED VOLUNTARY DISMISSAL - 3
S:\Martinez\Massachusetts 17-1174.stip-ord-dsm.docx

Lether & Associates, PLLC
1848 Westlake Ave. N. Ste. 100
Seattle, WA 98109
T: 206-467-5444 F: 206-467-5544