Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY and THE HANOVER INSURANCE COMPANY,<br><br>Plaintiffs,<br>vs.<br><br>PUSH HDD, LLC; REECE CONSTRUCTION COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AND HUDSON INSURANCE COMPANY<br><br>Defendants. | NO. 2:17-CV-01174 RSM<br><br>STIPULATED LIMITED DISMISSAL OF CLAIMS AGAINST AND BETWEEN PLAINTIFFS AND DEFENDANTS ZURICH AMERICAN INSURANCE COMPANY AND HUDSON INSURANCE COMPANY |

I. **STIPULATION**

Plaintiffs Massachusetts Bay Insurance Company and The Hanover Insurance Company and Defendants Zurich American Insurance Company and Hudson Insurance Company, by and through their attorneys of record, hereby agree and stipulate to dismiss any and all claims against and between each other without prejudice and without fees or costs to either party pursuant to Fed. R. Civ. P. 41(a)(2). This dismissal does not affect the pending claims between Defendants Zurich American Insurance Company, Push HDD, LLC and Reece Construction Company in this action.

STIPULATED VOLUNTARY DISMISSAL
OF CLAIMS BETWEEN INSURERS - 1
S:\Martinez\massachusetts 17-1174 dsm.docx

Lether & Associates, PLLC
1848 Westlake Ave. N. Ste. 100
Seattle, WA 98109
T: 206-467-5444 F: 206-467-5544

DATED this 28th day of June, 2018.

LETHER & ASSOCIATES, PLLC                KARR TUTTLE CAMPBELL


By: */s/ Thomas Lether*_____            */s/ Jacquelyn A. Beatty*_____
Thomas Lether, WSBA #18089               Jacquelyn A. Beatty, WSBA #17567
*/s/ Eric J. Neal*                       701 Fifth Ave. Suite 3300
Eric J. Neal, WSBA #31863                Seattle, WA 98104
*/s/ Westin McLean*                      jbeatty@karrtuttle.com
Westin McLean, WSBA #46462               *Attorney for Defendant Zurich American*
1848 Westlake Avenue N, Suite 100        *Insurance Company*
Seattle, WA 98109
Telephone: 206-467-5444
Facsimile: 206-467-5544
tlether@letherlaw.com
*Attorneys for Plaintiffs Massachusetts Bay Insurance Company and The Hanover Insurance Company*

   SELMAN BREITMAN, LLP


*/s/ Peter J. Mintzer*_____
Peter J. Mintzer, WSBA #19995
*/s/ Justin S. Landreth*_____
Justin S. Landreth, WSBA #44849
800 Fifth Ave. Ste. 4100
Seattle, WA 98104
pmintzer@selmanlaw.com
jlandreth@selmanlaw.com
*Attorneys for Hudson Insurance Company*

STIPULATED VOLUNTARY DISMISSAL              Lether & Associates, PLLC
OF CLAIMS BETWEEN INSURERS - 2              1848 Westlake Ave. N. Ste. 100
S:\Martinez\massachusetts 17-1174 dsm.docx          Seattle, WA 98109
                                         T: 206-467-5444 F: 206-467-5544

# ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the claims asserted against and between Plaintiffs MASSACHUSETTS BAY INSURANCE COMPANY and THE HANOVER INSURANCE COMPANY and Defendants ZURICH AMERICAN INSURANCE COMPANY and HUDSON INSURANCE COMPANY are hereby dismissed without prejudice and without fees or costs to any party. The remaining pending claims between Defendants ZURICH AMERICAN INSURANCE COMPANY, PUSH HDD, LLC and REECE CONSTRUCTION COMPANY are not affected by this Order.

DATED this 29 day of June 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED VOLUNTARY DISMISSAL
OF CLAIMS BETWEEN INSURERS - 3
S:\Martinez\massachusetts 17-1174 dsm.docx

Lether & Associates, PLLC
1848 Westlake Ave. N. Ste. 100
Seattle, WA 98109
T: 206-467-5444 F: 206-467-5544

Presented by:

| | |
|---|---|
| LETHER & ASSOCIATES, PLLC | KARR TUTTLE CAMPBELL |
| By: */s/ Thomas Lether*_____ | */s/ Jacquelyn A. Beatty*_____ |
| Thomas Lether, WSBA #18089 | Jacquelyn A. Beatty, WSBA #17567 |
| */s/ Erick J. Neal* | 701 Fifth Ave. Suite 3300 |
| Eric J. Neal, WSBA #31863 | Seattle, WA 98104 |
| */s/ Westin McLean* | jbeatty@karrtuttle.com |
| Westin McLean, WSBA #46462 | *Attorney for Defendant Zurich American Insurance Company* |
| 1848 Westlake Avenue N, Suite 100 | |
| Seattle, WA 98109 | |
| Telephone: 206-467-5444 | |
| Facsimile: 206-467-5544 | |
| tlether@letherlaw.com | |
| *Attorneys for Plaintiffs Massachusetts Bay Insurance Company and The Hanover Insurance Company* | |

SELMAN BREITMAN, LLP

*/s/ Peter J. Mintzer*_____
Peter J. Mintzer, WSBA #19995
*/s/ Justin S. Landreth*_____
Justin S. Landreth, WSBA #44849
800 Fifth Ave. Ste. 4100
Seattle, WA 98104
pmintzer@selmanlaw.com
jlandreth@selmanlaw.com
*Attorneys for Hudson Insurance Company*

STIPULATED VOLUNTARY DISMISSAL
OF CLAIMS BETWEEN INSURERS - 4
S:\Martinez\massachusetts 17-1174 dsm.docx

Lether & Associates, PLLC
1848 Westlake Ave. N. Ste. 100
Seattle, WA 98109
T: 206-467-5444 F: 206-467-5544