UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY and HANOVER INSURANCE COMPANY,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>PUSH HDD, LLC; REECE CONSTRUCTION COMPANY; ZURICH AMERICAN INSURANCE COMPANY; and HUDSON INSURANCE COMPANY<br><br>　　　　　　　　Defendants. | No. C17-1174 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AND PARTIES |

**STIPULATION**

The remaining parties to this matter, Defendants/Cross Claimants Zurich American Insurance Company, Reece Construction Company, and PUSH HDD, LLC, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii) that all claims and causes of action in this matter be dismissed with prejudice, with each party bearing its own attorney fees and costs.

/

//

///

STIPULATION AND
ORDER OF DIMISSAL **- 1**

FLANAGAN STRAUSS, PLLC
14222 Issaquah-Hobart Rd. SE
Issaquah, WA 98027
PHONE 206.486.8642

FLANAGAN STRAUSS, PLLC

_____    _____
By: Leonard Flanagan, WSBA 20966    Dated
Attorney for Defendant
Reece Construction Company


KARR TUTTLE CAMPBELL


_____    _____
By: Jacquelyn Beatty, WSBA 17567    Dated
Attorney for Defendant
Zurich American Insurance Company


OLES MORRISON RINKER BAKER LLP


_____    _____
By: Angelia Wesch, WSBA 23377    Dated
Attorney for Defendant
PUSH HDD, LLC

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Fed. R. Civ. P. 41(a)(1)(ii), it is hereby ORDERED that this matter be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney fees and costs.

Dated this 1st day of November 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND
ORDER OF DIMISSAL - 2

FLANAGAN STRAUSS, PLLC
14222 Issaquah-Hobart Rd. SE
Issaquah, WA 98027
PHONE 206.486.8642